UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO DARNELL HUTSON, AL0989,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BAEZA, Correctional Officer,<br><br>Defendant. | Case No.  15-cv-06146-SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at California State Prison, Corcoran (CSP - Corcoran), has filed a pro se complaint under 42 U.S.C. § 1983 alleging that CSP - Corcoran Correctional Officer Michael Baeza used excessive force against him.  A substantial part of the events or omissions giving rise to the claim occurred, and the named defendant resides, in the County of Kings, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).   Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: January 4, 2016

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge